**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **KENNETH M. HARRISON,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **CASE NO.  7:08-CV-64 (HL)** |
| | : | |
| | : | |
| **Warden CLAY TATUM,** | : | |
| **Defendant** | : | |
| | : | |

**ORDER ON REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

The Recommendation of the United States Magistrate Judge (Doc. 10) filed December 23,  2008  has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections were filed to the Magistrate Judge's Recommendation within the time allowed.

**SO ORDERED,** this the 21st day of January, 2009.

_s/ Hugh Lawson_____
**HUGH LAWSON, Judge**
**United States District Court**